IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

AUG 3 1 2022

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

_Felix Brizuela_
_1103 Redoak Drive_
_Harrison City, PA 15636_
_724-205-4308_
                     Plaintiff,

                     v.

_KDKA TV_
_420 Fort Duquesne Blvd_
_Suite 100_
_Pittsburgh, PA 15222_
                     Defendant(s)

C O M P L A I N T

CIVIL ACTION NO. _1:22-cv-83_

Paragraph 1:  Jurisdiction
            _Northern district of West Virginia_

Paragraph 2, etc. : Short and plain statement of the claim showing that the pleader is entitled
to relief. _KDKA published information on plaintiff that_
_caused severe econic damage and thus violated plaintiff civil_

Final paragraph:  Demand for judgment for the relief to which the party deems himself _right_
entitled.        _10,000,000_        _to work_

                     _[signature]_
                     Plaintiff, Pro Se

_8/28/22_
Date

NOTE:  This form is ONLY A GUIDE; do NOT fill it in.  Use a plain sheet of 8 ½ x 11 inch paper and set up your complaint in this format.  In Paragraph 1, state the reason that you believe the Federal Court has jurisdiction of the matter about which you are filing your complaint.  In paragraph 2, state the problem or the thing about which you are complaining and why you think you are entitled to relief or redress.  In the last paragraph, state the amount of damages or the kind of relief to which you think you are entitled.  Please type or legibly hand write your complaint. Do not use a pencil to hand write your complaint. DOUBLE-SPACE your complaint, and submit the original and two copies to the Clerk of Court, plus one additional copy for each defendant to be served.

Felix Brizuela

1103 Red Oak Drive

Harrison City PA, 15636

724-205-4308

Plaintiff

KDKA

420 Fort Duquesne Blvd.
Suite 100
Pittsburgh, PA 15222

Defendant

August 26, 2022

I was indicted, then convicted and sentenced to 48 months in prison in 2019. After 7 months in prison, my conviction was unanimously overturned by the fourth appellate U. S. Circuit. (see exhibit A) At a magistrate hearing after my release, I was assigned a public defender. This gentleman appeared very shady. I asked the judge if I could have another defender, she responded that he was very competent, and he will do you well. This did not make any sense. I was accused of diverting drugs and prescribing for no legitimate medical reason. I am a neurologist of 27 years at the time, with a stelar records, including no lawsuits up to then which is very rare with our very lentiginous environment. I was only sued AFTER I was convicted. I am now suiting the law group that sued me for fraud. They kicked me when I was down. This public defender convinced me, or I should say coerced me into taking a plea deal for one charge, and time served. I had no choice. I had no money. Some months later, a source contacted him, and the

public defender not only admitted that he did not review discovery, but he signed an affidavit admitting to this.  He told this source that he was being investigated by the attorney general's office.  I have filed suit against him for ineffective counsel. I have also filed suit against my original attorney.

Immediately after my indictment, multiple local media, including KDKA

https://www.cbsnews.com/pittsburgh/news/doctor-felix-brizuela-conviction-opioid-distribution/

Pittsburgh and media around the country as far as Arizona instantly published stories calling me a drug dealer and that I faced life in prison.  Not only did none of these media reach out to me for comment, I called and they would not return my call.  I emailed the editor in one media, and all they published was a brief statement that I said this, but I was convicted of that.  I contacted them again once released, and told them my story, but again, they blew me off.

There never was a prescription opiate crisis.  Oxycontin was never abused.  In the 90's, I called a source in the state of Pennsylvania, whose name I wish I would have kept who admitted that there was no abuse, it was all about the cost.  He said that this was spear headed by the health insurance industry. Recently four judges, including one in West Virginia have turned down lawsuits against pharmaceutical companies manufacturing prescription opiates stating that the evidence was just not there.  Recently, a lawsuit was won against a pharmacy chain in Pittsburgh who claimed they helped fuel the opiate crisis.  I was so furious I didn't want to hear from my wife or my only son, who has autism for a week!  This despite these federal judges stating otherwise.  No respect.  We are a lawless country with no respect for authority.  As far as our leadership is concerned, the constitution is dead. The HFPP alone broke four constitutional

amendments.  Including the fourth that prohibits illegal search and seizure.  The HFPP and the PMP (patient monitoring program) both use illegal search of patients and doctor's records without their consent.  If patient has terminal cancer and their doctor is prescribing prescription opiates for pain relief, the doctor is dinged and sent to prison. Just for your information, prescription opiates accounted for less than 1% of abused opiates, and only 20% of those were from doctors. The DEA and the CDC purposely linked acetyl fentanyl (illegal street fentanyl manufactured in China) with prescription fentanyl in order to link the illegal fentanyl crisis to doctors. Prescription fentanyl was never abused.  They fabricated  It was fabricated, This was headed by the health insurance industry, led by blue cross blue shield, to get rid of doctors to increase health insurance profits.  The less doctors they pay, the more they get to keep from your premiums. To say that doctors are still responsible because they should have known the drugs would be diverted is absurd!  When you prescribe any medication in good faith and it is misused, the error, no matter what the consequences fall in the hands of the patient. if someone dies because of a bartender or store owner selling liquor to a person that drove drunk and killed a person, should the bartender go to jail?  I understand there have been some bar owners who have gotten in trouble, but most get off once there is a legitimate alibi.  But if a doctor gives someone with cancer and chronic pain a prescription opiate and the person diverts it or kills themselves, the doctor will end up in prison regardless of the good faith argument.  Even if the doctor has a good alibi. I am pretty sure the press and media have a gag order.  Not the publics problem.  Edward R. Morrow would have taken the dive.

I want to direct you to the HFPP, the Heath Fraud and Protection Program.  They tell the public that it is designed to single out doctors that kill patients with opiates and single out doctors who money

launder.  This was an entity that was ordered by Donald Trump and spear headed by Jeff Sessions.  It uses a data collection company known as Qlarant that specializes in surveillance and analyzing non-medical data. They then use various data collection and evaluating instruments that are non-medical. The FDA has condoned this, and refused to give this data collection instrument FDA approval.  This includes anything relating to doctors prescribing opiates, to successful doctors who make a lot of money but work very hard. They then send this data to health insurance companies; most go to blue cross blue shield.  The insurance company send the data to the DEA, DOJ, and FBI for criminal prosecution of the doctor. One Indian doctor who got dinged was accused of defrauding Medicare out of about $40,000.  It turns out that none of the patients they accused her of were hers.  Her attorney proved this, but they hit her for about 40 months in federal prison.  She left very young children behind and her sick mother who she was caring for.  To make matters worse they dinged her husband and sent him to prison just because he worked with her. I will give you her name if you would like. You can confirm this.

The HFPP is designed to lower what is considered fraud and abuse to secure a prosecution against the doctors.  Like in my case, lawyers do just enough to make it seem like they are helping you like happened in my case.  My attorney would not present clinical diagnosis such as cancer that would have justified what we do, which SCOTUS referred to in their recent Ruan vs. USA decision as good faith.  Defense lawyers collude with the courts and assure that there is not an impartial jury. The jury hears doctor the doctor prescribed prescription opiates. Prescription opiates always lead to abuse. Not true. The propensity towards substance abuse is genetic and most patients who receive prescription opiates take it as directed. Yes, if someone is on opiates long term and they stop, they withdraw, and their pain intensifies.  No

different than someone going into hypertensive crisis if they stop their blood pressure medicine, or a sudden rise in blood sure that can result in death if they stop their diabetes medication.  Opiate abuse, which falls under the umbrella of substance abuse, is defined as

"**The use of illegal drugs or the use of prescription or over-the-counter drugs or alcohol for purposes other than those for which they are meant to be used, or in excessive amounts.** Substance abuse may lead to social, physical, emotional, and job-related problems "

If a doctor gives a prescription opiate to a patient with chronic pain with underlying pathology that causes chronic pain, such as neuropathy and the patient uses for other reasons, the patient is responsible because the doctor gave this to the patient in good faith.

Four supreme court justices in Ruan vs. USA compared treating patients with prescription opiates to treating hypertension or diabetes.  They, as did the 1925 SCOTUS Linder vs. USA case, stated that the government or any other entities have absolutely no authority to come between doctors and patients.  If someone dies due to a doctor's actions, this is a state medical board disciplinary case.  Justice Thomas accused the government and boards of criminalizing regulation.  There has been a 475% increase in suicides since the introduction of the HFPP in 2016 and there has been a biblical rise in overdose deaths due to acetyl fentanyl, which is street fentanyl and heroin only.  Doctors are afraid of prosecution, so they will not write for prescription opiates, so people reach for the streets.  Twenty percent of ALL suicides are now due to patients not getting proper pain relief.  Substance abuse and overdose deaths have risen 1040% since the introduction of the HFPP in 2016. 97% were acetyl fentanyl related. The rest was heroin. Doctors literally stopped prescribing prescription opiates since 2016 due to fear of prosecution.  So many of these legitimate chronic pain patients reached for the streets and many died of fentanyl or heroin overdose.  What baffles me is that the DEA, FBI and DOJ are doing very little about street

fentanyl despite the overdose deaths and abuse despite there being an exponential rise yearly since 2016 (see exhibit B).

KDKA is guilty of posting information that completely ruined my social standing.  My home is due for sheriffs' sale on September 6, 2022, and all my cars have been repossessed.  KDKA's actions along with all others involved in this smear campaign have permanently ruined my ability to make a living. Despite my conviction being overturned, The PA medical board will not renew my license.  They are being sued as well.

KDKA is guilty of violating my civil rights by publishing false information without fact checking.  They refused to talk to me and do the proper fact checking as the media and press have an obligation to do.  No one ever sat me down to hear my version, which exonerated me from being an opiate distributer.  I do not have to send you a list of codes of conduct that people of the press must follow. You know you have to fact check.  I am very aware that newspapers, television stations have been sued and lost because of lack of fact checking. You know that one of them is the enquirer.  My understanding that they have been sued multiple times, but I am only aware of the Carol Burnett incident.

The statutes of limitation for violation of civil rights are five years.  I was found innocent and released from prison on June 20, 2022, and that is when the clock started.  I would let your counsel know that I am aware that the covid act lengthened all court proceedings by 150 days.  So, if there were 2-year statutes of limitations, I would have until October 2022. I don't consider myself a genius, but I am a quick study.  Let them know that I have done my homework and am not naïve enough to plead defamation of character or libel.  Both of which have just a one-year statutes of limitation.

KDKA Pittsburgh is guilty of unlawfully labeling me, the plaintiff as a drug distributor without fact checking causing harm to my family and

myself including loss of social standing, which has caused pain and suffering to my family including my only son who is autistic, and myself. KDKA contributed to my inability to have gainful employment in the region due to bad publicity. A violation of my civil right to make a living. This resulted in the repossession of my cars, and my home is up for sheriffs' sale on September 6, 2022.  My family and myself have lost wages in the millions, including future wages due to the bad publicity they unlawfully published without fact checking and giving me the right to respond.

This is not just a case of libel.  There was permanent damage done to my family and myself.


Sincerely,

Felix Brizuela D.O.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Felix Brizula_
_1103 ReNoah Drive_
_Harrison Cty, PA 15636_
_724-205-4308_

Plaintiff,

v.

_KDKA_
_420 Fort Duquesne Blvd._
_Suite 100_
_Pittsburgh, PA 15222_

Civil Action No.: 1:22 - cv - 83

Defendant(s)

## Certificate of Service

I, _Felix Brizula_ (your name here), appearing pro se, hereby certify that I have served the foregoing (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on (insert date here): _8/29/22_

*(List name and address of counsel for defendant(s))*

_____
(sign your name)